UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff ) <br> ) <br> vs. ) <br> Moreno-Gutierrez, et al ) <br> Defendant(s) ) | CRIMINAL NO. 08cr2510-BEN <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/Magistrate Judge, **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

Filemon Jimenez-Nava

DATED: Aug 4, 2008

**CATHY ANN BENCIVENGO**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____   OR
           DUSM

W. SAMUEL HAMRICK, JR.  Clerk

by _____
         Deputy Clerk
       K. HAMMERLY